**Order entered March 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00695-CR

**JAMES EDWARD ROGERS, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 28576**

## ORDER

The Court **REINSTATES** the appeal.

On February 19, 2015, we denied appellant's third motion to extend time to file his brief and ordered the trial court to make findings. On February 20, 2015, we received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the February 19, 2015 order to the extent it requires findings.

We **ORDER** appellant's brief filed as of the date of this order. We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE